**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01251-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JANE DOE, and
C. McCRACKEN,

      Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

      Plaintiff C. McCracken has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Although the Complaint also lists an unidentified Jane Doe as a Plaintiff in the caption, only C. McCracken has signed the Complaint. Therefore, C. McCracken is the only proper Plaintiff in this action at this time.

      As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff C. McCracken will be directed to cure the following if he or she wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __   is not submitted

(2) __ is not on proper form (must use the court's current form)
(3) __ is missing original signature by plaintiff/petitioner/applicant
(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) xx other: <u>affidavit lacks specific financial information regarding Plaintiff's income and expenses to determine whether Plaintiff qualifies to proceed in forma pauperis</u>.

**Complaint or Petition**:
(9) __ is not submitted
(10) __ is not on proper form (must use the court's current form)
(11) __ is missing an original signature by the plaintiff/petitioner/applicant
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other _____

Accordingly, it is

ORDERED that Plaintiff C. McCracken cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff C. McCracken files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff C. McCracken shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff C. McCracken fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 13, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge