**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01251-LTB

JANE DOE, and
C. McCRACKEN,

      Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      The motions (ECF Nos. 15, 16, & 17) filed in this action on July 24, 2013, are DENIED without prejudice for failure to comply with the Federal Rules of Civil Procedure.  Pursuant to Rule 7(b)(2), "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers."  Pursuant to Rule 11(a), the motions must be signed.  In addition, the motions present no basis for relief in this closed action.

Dated:  July 25, 2013