**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01251-LTB

JANE DOE, and
C. McCRACKEN,

    Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The motion (ECF No. 20) filed in this action on August 12, 2013, is DENIED without prejudice for failure to comply with the Federal Rules of Civil Procedure. Pursuant to Rule 7(b)(2), "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers."  In addition, the motion presents no basis for relief in this closed action.

Dated:  August 14, 2013